# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

NOV 17 '25 PM 3:37
RCVD - USDC FLO SC

Teresa Ann Gould )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
Union Home mortgage )
Cenlar FSB )
Experian )
Trans Union )
EQul Fax )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Teresa Ann Gould
   Street Address: 5047 Westpark Drive
   City and County: Darlington  Darlington County
   State and Zip Code: South Carolina 29532
   Telephone Number: 603-470-0041
   E-mail Address: teresagould1968@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1 – Union Home Mortgage Corp.
Address: 8241 Dow Circle West
City, State, ZIP: Strongsville, OH 44136
Phone: (877) 846-4968
Email (if known): customerservice@uhm.com


Defendant No. 2 – Cenlar FSB (Central Loan Administration & Reporting)
Address: 425 Phillips Boulevard
City, State, ZIP: Ewing, NJ 08618
Phone: (800) 223-6527
Email (if known): customer.service@cenlar.com

Defendant No. 3 – Experian Information Solutions, Inc.
Address: P.O. Box 4500
City, State, ZIP: Allen, TX 75013
Phone: (888) 397-3742
Email (if known): experian@experian.com

Defendant No. 4 – TransUnion LLC
Address: P.O. Box 2000
City, State, ZIP: Chester, PA 19016
Phone: (800) 916-8800
Email (if known): consumer.disclosure@transunion.com

Defendant No. 5 – Equifax Information Services LLC
Address: P.O. Box 740256
City, State, ZIP: Atlanta, GA 30374
Phone: (888) 548-7878
Email (if known): consumer@equifax.com

Defendant No. 1
    Name    multiple see Attachments 3 pages
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Fair Credit Reporting Act, (FCRA) 15 U.S.C. § 1681 et seq - governs the accuracy Fairness, and privacy of information in Consumer Credit Reports. (FDCPA) 15 U.S.C. § 1692 (TILA) 15 U.S.C. § 1601 (RESPA) 12 U.S.C. § 2601

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Attachment to Section III – Statement of Claim
Plaintiff: Teresa Ann Gould
Case Title: Teresa Ann Gould v. Union Home Mortgage, Cenlar FSB, Experian Information Services, Equifax Information Services, and TransUnion LLC
Page 1 of 1

Count I – Fair Credit Reporting Act (15 U.S.C. §1681 et seq.)

Plaintiff is a consumer as defined by 15 U.S.C. §1681a. Defendants Union Home Mortgage and Cenlar FSB are furnishers of credit information to consumer reporting agencies. Defendants Experian, Equifax, and TransUnion are consumer reporting agencies.

This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq.

On or about July 2022, Plaintiff sold her home and paid the mortgage with Union Home Mortgage in full. Despite this, Union Home Mortgage and Cenlar FSB continued to report the loan as "discharged in bankruptcy" and "delinquent" to the credit reporting agencies.

During the COVID-19 pandemic, Plaintiff's mortgage was in a forbearance plan under the federal CARES Act, which prohibited negative credit reporting and additional late or attorney fees during the covered period. Despite this protection, Union Home Mortgage charged Plaintiff approximately $15,000 in illegal fees and reported delinquency status during and after the forbearance period.

Between 2022 and 2025 Plaintiff submitted six written disputes to Experian, Equifax, and TransUnion with documentation proving the loan was paid in full and not included in bankruptcy.

The credit reporting agencies failed to conduct reasonable reinvestigations and continued to publish false information in violation of 15 U.S.C. §1681i.

After receiving notice of the disputes, Union Home Mortgage and Cenlar FSB failed to reasonably investigate or correct the information and re-verified the false status to the agencies in violation of 15 U.S.C. §1681s-2(b).

As a result of Defendants' conduct, Plaintiff was denied multiple auto and mortgage loans, offered credit only at higher interest rates, and suffered financial loss of at least $15,000, as well as damage to her credit reputation. She experienced severe emotional distress, anxiety, and physical effects, including a 40-pound weight loss, due to the ongoing false reporting and Defendants' failure to correct it.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

            Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attched statement of claim pg 1 of 1 T.G.*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Attachment to Section IV – Relief Requested
Plaintiff: Teresa Ann Gould
Case Title: Teresa Ann Gould v. Union Home Mortgage, Cenlar FSB, Experian Information Services, Equifax Information Services, and TransUnion LLC
Page 1 of 1

Relief Requested

Plaintiff respectfully requests that the Court grant the following relief:

1. Immediate Deletion or Correction of Credit Reporting:
An order requiring Defendants Experian, Equifax, and TransUnion to immediately delete or accurately correct all false and negative information related to Plaintiff's Union Home Mortgage/Cenlar account, and to confirm compliance in writing to the Court and to Plaintiff.

2. Actual Damages:
Compensation for financial losses, including approximately $15,000 in overcharges unlawfully assessed during Plaintiff's CARES Act forbearance period, as well as denials of credit, increased interest rates, and other monetary harm resulting from Defendants' inaccurate reporting.

3. Emotional Distress Damages:
For significant emotional and physical suffering, including anxiety, loss of sleep, and a 40-pound weight loss caused by Defendants' ongoing false reporting and failure to correct verified information.

4. Statutory and Punitive Damages:
Under 15 U.S.C. §§1681n(a)(1)(A) and 1681o, for willful and reckless violations of the Fair Credit Reporting Act, including up to $1,000 per violation and such additional punitive damages as the Court deems appropriate.

5. Costs and Attorney's Fees:
Pursuant to 15 U.S.C. §§1681n(a)(3) and 1681o(a)(2), Plaintiff requests reimbursement for all filing fees, costs, and reasonable attorney's fees, if counsel is retained in the course of this action, even though Plaintiff is currently self-represented.

6. Any other relief the Court finds just and proper.

*See Attched Relief Requested pg 1 of 1 T6*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/17/2025

Signature of Plaintiff: *Teresa Ann Gould*
Printed Name of Plaintiff: Teresa Ann Gould

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____